372 A.2d 843

Commonwealth v. Reed, Appellant.

Submitted December 16, 1975. Raymond P. Forceno, and Brobyn, Forceno & Curran, for appellant; Mark Sendrow and Steven H. Goldblatt, Assistant District Attorneys, for Commonwealth, appellee.

Judgment of sentence affirmed.

372 A.2d 843

Commonwealth v. Scott, Appellant.

Submitted June 9, 1975. Daniel M. Rendine, for appellant; Neil Kitrosser and Mark Sendrow, Assistant District Attorneys, for Commonwealth, appellee.

Judgment of sentence affirmed.